FILED RMW 530
08 JUL 28 AM 10:36
W. WIEKING
U.S. DISTRICT COURT
[CALIFOR]NIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **HUNT** **ZACKERY** **D**
     (Last)   (First)   (Initial)

Prisoner Number **E-81234**

Institutional Address **Santa Rita Jail. 5325 broder blvd. Dublin Ca. 94568**

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

**ZACKERY D. HUNT**
(Enter the full name of plaintiff in this action.)

CV 08 3591

vs.

**The Board of Prison Terms, et.al., T. Roberson.**

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

===

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): San Jose Ca.

San Jose Superior Court    190 W hedding ST

Court    (A)    Location    (B)

(b) Case number, if known CC312020 / 182815

(c) Date and terms of sentence 7-7-05- 14mos / 12-1-95  7yrs

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Violation Yes ✓  No ___

Where? Santa Rita Jail

Name of Institution: 5325 broder blvd

Address: Dublin Ca. 94568

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)  Challenge Parole Violation;

Violation of Parole - Failure To Comply with The Jessica Law GPS Conditions and its other elements

sentence to 6 mos in By The Board of Prison Terms

PET. FOR WRIT OF HAB. CORPUS    -2-

3. Did you have any of the following?

    Arraignment:                                 Yes ✓    No ___

    Preliminary Hearing:               Yes ___  No ✓

    Motion to Suppress:               Yes ___  No ✓

4. How did you plead?

    Guilty ___   Not Guilty ___   Nolo Contendere ✓

    Any other plea (specify) *Plea Bargain*

5. If you went to trial, what kind of trial did you have?

    Jury ___   Judge alone ___   Judge alone on a transcript ✓

6. Did you testify at your trial?               Yes ___  No ✓

7. Did you have an attorney at the following proceedings:

| | | | | |
|---|---|---|---|---|
| (a) | Arraignment | | Yes ✓ | No ___ |
| (b) | Preliminary hearing | | Yes ___ | No ✓ |
| (c) | Time of plea | | Yes ✓ | No ___ |
| (d) | Trial | | Yes ___ | No ✓ |
| (e) | Sentencing | | Yes ✓ | No ___ |
| (f) | Appeal | | Yes ___ | No ✓ |
| (g) | Other post-conviction proceeding | | Yes ___ | No ✓ |

8. Did you appeal your conviction?            Yes ___  No ✓

    (a)   If you did, to what court(s) did you appeal?

            Court of Appeal                 Yes ___  No ✓

            Year: _____    Result: _____

            Supreme Court of California     Yes ___  No ✓

            Year: _____    Result: _____

            Any other court                 Yes ___  No ✓

            Year: _____    Result: _____

    (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

|   |   |   |   |   |
|---|---|---|---|---|
| 1 |   | petition? | Yes _____ | No ✓ |
| 2 | (c) | Was there an opinion? | Yes _____ | No ✓ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? |   |   |
| 4 |   |   | Yes _____ | No ✓ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _____   No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.    Name of Court: *none*

            Type of Proceeding: *none*

            Grounds raised (Be brief but specific):

            a. *none*

            b. _____

            c. _____

            d. _____

            Result: _____ Date of Result: _____

        II.   Name of Court: *none*

            Type of Proceeding: *none*

            Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS      - 4 -

```
                    a. _____
                    b. _____
                    c. _____
                    d. _____
              Result: none                        Date of Result: _____
       III.   Name of Court: none _____
              Type of Proceeding: none _____
              Grounds raised (Be brief but specific):
                    a. _____
                    b. _____
                    c. _____
                    d. _____
              Result: none                        Date of Result: _____
       IV.    Name of Court: none _____
              Type of Proceeding: none _____
              Grounds raised (Be brief but specific):
                    a. _____
                    b. _____
                    c. _____
                    d. _____
              Result: none                        Date of Result: _____
 (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?
                                            Yes ____    No ✓
       Name and location of court: Not Pertain to this matter
```

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: _Unlawful in Custody under_
6  _Jessica Law Prop 86. DPS et al._
7  Supporting Facts: _On 7-2-08, The Board of Prison_
8  _Terms Convicted The Plaintiff For Failure_
9  _To Comply With The DPS Requirements under_
10  _Jessica Law - This Law Does not Run_
11  Claim Two:_____
12  
13  Supporting Facts:_____
14  
15  
16  
17  Claim Three:_____
18  
19  Supporting Facts:_____
20  
21  
22  
23  If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25  
26  
27  
28  

PET. FOR WRIT OF HAB. CORPUS          - 6 -

Claim One

(The Plaintiff was sentence to 6 mos 1/2)
Retroactive to The Plaintiff Cases
See Exhibit Attached.

C-182815 - Convicted 12-1-05
           Paroled - 2002
           Discharged 4-17-05

CC-312020  Convicted 7-7-05
           Paroled   8-18-05
           Parole Pending

The Jessica Law - GPS and its Condition was voted (PASS) Nov. 2007. It does not run Retro. Therefore —

Relief:
The Plaintiff hereby Ask This honorable Court, for a Court order against the Defendants - The Board of Prison Terms et al., Ordering That The Jessica Law GPS and its elements Does not apply and that The Plaintiff is Exempt from, Wearing the GPS Monitor and The Jessica laws provisions.

I Declare under Penalty of Perjury that the foregoing is true and correct.

```
.GEL STATUS SUMMARY  TYPE  D        NKFRC      ** DISCOUNT **08/24/2005 21:40

CDC NUMBER  :  NAME                            |ETHNIC|     BIRTHDATE
 E61234     :  HUNT,ZACHERY,DANIEL              | BLA  |

ACA ZACHERY,DANIEL,HUNT
ACA HUNT,ZACHERY,DANIEL

TERM STARTS :  MAX REL DATE   MIN REL DATE   MAX ADJ REL DT :  MIN ADJ REL DT
 08/10/2005 :   08/26/2005     08/18/2005      08/26/2005   :   08/18/2005

                                                           |  PAROLE PERIOD
SE TERM   1/04 + ENHCMNTS   0/00 = TOT TERM   1/04         |  3 YRS


RE-PRISON + POST SENTENCE CREDITS
CASE       P2900-5  P1203-3  P2900-1  CRC-CRED  MH-CRED  P4019    P2931 POST-SENT  TOT
CC312020      282                                         140             33       455

EGISTRATION REQUIRED PER P290
 C296 DNA COMPLETED
OTIFICATION REQUIRED PER PC3058.6



RECV DT/  COUNTY/     CASE      SENTENCE DATE                CREDIT    OFFENSE
  CNT     OFF-CODE    DESCRIPTION                            CODE      DATE


CONTROLLING PRINCIPAL & CONSECUTIVE    (INCLUDES ENHANCEMENTS/OFFENSES):

-CONTROLLING CASE --
 8/10/2005   SCL     CC312020        7/07/2005        A'CDD 8-18-08
  01 P290(G)(2) FAILURE TO REG/SPECIFIC SEX OFFENSE                1    00/00/2003
                 PR

NON-CONTROLLING OFFENSES:
 2/01/1995   SCL     182815         11/29/1995       'O'CDD 4-17-06
  01 P288(A)    L&L CHILD U/14                                     4    06/28/1995
  02 P289(I)    RAPE FOR/OBJECT V/U 16 S/21                        4    06/28/1995
      2933.1 PC, PC 3058.9




TRAN                                     RULE          D A Y S
TYPE   DATE      END DATE LOG NUMBER     NUMBER    ASSESS LOST REST DEAD


 EG  01/15/1991               ******BEG BAL*******
 DD  12/01/1995               182815
 DD  12/01/1995               182815
 DD  12/01/1995               182815
 DD  12/01/1995               182815
 DD  12/01/1995               182815
 DD  12/01/1995               182815
 DD  12/01/1995               182815
      CURRENT PC BALANCE:       0              CURRENT BC BALANCE:    0

            ******* CONTINUED *******
```

| | |
|---|---|
| 1 | List, by name and citation only, any cases that you think are close factually to yours so that they |
| 2 | are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning |
| 3 | of these cases: |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | Do you have an attorney for this petition?                     Yes____    No ✓ |
| 8 | If you do, give the name and address of your attorney: |
| 9 | _____ |
| 10 | WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in |
| 11 | this proceeding. I verify under penalty of perjury that the foregoing is true and correct. |
| 12 | |
| 13 | Executed on  7-23-08                           /s/ Zachary Hunt |
| 14 | Date                                           Signature of Petitioner |

(Rev 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

Dear clerk,

Please, will you send me a copy of this Petition file number

Please

Thank you.



Zackery Hunt aka SS3
6532 S broder blvd.
Dublin Ca.
94568

8-W-15-P

RECEIVED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Northern
450 Golden Gate Ave #36060
San Francisco

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.