FILED
08 JUL 28 AM 10: 36
RICHARD W. WIEKING
US DISTRICT COURT
[CALIFORNIA]

(PR)

RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Zackery Hunt

Plaintiff,

vs.

Board of Prison Terms
et al.
T. Roberson.
                        Defendant.

CV 08 3591

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Zackery Hunt, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _none_____ Net: _none_____

Employer: _none_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or              Yes ____ No ✓
10         self employment
11     b.    Income from stocks, bonds,           Yes ____ No ✓
12         or royalties?
13     c.    Rent payments?                       Yes ____ No ✓
14     d.    Pensions, annuities, or              Yes ____ No ✓
15         life insurance payments?
16     e.    Federal or State welfare payments,   Yes ____ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3.    Are you married?                         Yes ____ No ✓
24 Spouse's Full Name: _____ n/a _____
25 Spouse's Place of Employment: _____ n/a _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ n/a _____ Net $_____ n/a _____
28 4.    a.    List amount you contribute to your spouse's support: $ ___ n/a ___

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

___none___

5.  Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____
6.  Do you own an automobile?    Yes ___ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ✓  If so, Total due: $ _____
Monthly Payment: $ _____
7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ✓ No ___ Amount: $ 44.00
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8.  What are your monthly expenses?
Rent: $ homeless    Utilities: 0
Food: $ _____    Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| none | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Child Support_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-23-08_
DATE

_Zackey Hunt_
SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of $44.87 for the last six months at

Santa Rita Jail 5325 Dublin CA 94568 [prisoner name] ZACKERY HUNT where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: 7-23-08

_____

[Authorized officer of the institution]

I have only 44.87 as of 7.23-08

- 5 -

S08D15

```
                                                             7/18/2008
                                                             5:53:03 AM
                         CANTEEN CORPORATION
                      SANTA RITA JAIL (FRIDAY)
                             Pick List
     Name: ZACHERY HUNT
Inv. Date: 07/18/2008
       Id: UKM553        Module: S08D15       Invoice: 5328978
                                              Serial #: 000601
===============================================================================
   Qty    Item
                                    Code #        Price        Amount
===============================================================================
    1     ENV (5 PK) STAMPED LEGAL
          1                          6122         $2.50         $2.50
    1     RAMEN BEEF 3OZ
          1                          4412         $0.95         $0.95
    1     SPICY TORTILLA CHIP
          1                          3109         $1.40         $1.40
    1     JOLLY RANCHER 4OZ
          1                          1117         $1.40         $1.40
-------------------------------------------------------------------------------
    4
              Previous Balance:     $51.12    Base Sale:       $6.25
                   New Balance:     $44.87     Debitek:        $0.00
                                                   Tax:        $0.00
                                                 Total:        $6.25
-------------------------------------------------------------------------------
Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.
```

Dear Clerk

I Got arrested on 6-17-08.

This is my new Balance as of now 7-23-08    $44.87

I declare under Penalty of Perjury that the foregoing is true and correct

Page 1

Zachey Hunt