*E-FILED - 8/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZACHARY D. HUNT, | ) | C 08-3591 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| BOARD OF PRISON TERMS, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The court has dismissed the instant habeas action without prejudice to petitioner filing a new petition after exhausting available state remedies. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __8/15/08_____        *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.08\Hunt591jud        1