**FILED**

AUG 2 1 2008

Case Number: CV-08-3591 RMW

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Zachery Hunt_ for the last six months _SAnta Rita Jail_ where (s)he is confined.
[prisoner name]
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __65.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __36.92__.

Dated: _073008_

_____#1568_____
[Authorized officer of the institution]

-5-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 08 3591.

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. _✓_ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
        Deputy Clerk

rev. 11/07

Hunt

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9
10  ZACKERY HUNT
                          Plaintiff,           CASE NO. CV-08-3591 RMW
11
                                               PRISONER'S
12        vs.                                  APPLICATION TO PROCEED
                                               IN FORMA PAUPERIS
13  Board of Prison Terms
    et, al
14  T Roberson         Defendant.
15
16      I, Zachey Hunt, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information:

23  1.   Are you presently employed?  Yes ___  No ✓

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____No_____  Net: _____

27  Employer: _____

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Hruputn Manufacturing Co., Santa Clara_
5  _10. hr. 2007_
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                        Yes ___ No ✓
10       self employment

11  b.   Income from stocks, bonds,                     Yes ___ No ✓
12       or royalties?

13  c.   Rent payments?                                 Yes ___ No ✓

14  d.   Pensions, annuities, or                        Yes ___ No ✓
15       life insurance payments?

16  e.   Federal or State welfare payments,             Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  _____

6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.  Do you own an automobile?    Yes ___ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ____ No ____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ✓ No ___ Amount: $ 36.00

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ___ No ✓

20 _____

21 8.  What are your monthly expenses?

22 Rent: $ homeless    Utilities: _____

23 Food: $ _____    Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 none                     $ no                     $ no

27 none                     $ no                     $ no

28 none                     $ no                     $ no

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  ___Child support_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13   I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _____          _____Zachery Hunt_____
17       DATE                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -



Zackery Hunt
325 bodin Blvd
Dublin Ca 94568

D-15

*[signatures]*

Case 5:08-cv-03591-RMW   Document 6   Filed 08/21/2008   Page 8 of 8